# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH GARCIA,<br><br>          Petitioner,<br><br>      v.<br><br>LELAND MCEWEN, Warden,<br><br>          Respondent. | Case No. SACV 11-1626-AG (JEM)<br><br>**JUDGMENT** |

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: March 31, 2012

                                      ANDREW J. GUILFORD
                              UNITED STATES DISTRICT JUDGE